| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-13877-PMM

JEFFREY P. BABB                                    Petition Filed Date: 06/17/2019
PAULA J BABB                                       341 Hearing Date: 08/20/2019
211 UNION STREET
DOUGLASSVILLE  PA    19518                         Confirmation Date: 12/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/24/2019 | $325.00 | Automatic Payr | 08/26/2019 | $325.00 | Automatic Payr | 09/24/2019 | $325.00 | Automatic Payr |
| 10/24/2019 | $325.00 | | 11/25/2019 | $729.00 | | 12/26/2019 | $729.00 | |
| 01/24/2020 | $729.00 | | 02/25/2020 | $729.00 | | 03/23/2020 | $729.00 | |
| 04/23/2020 | $729.00 | | 05/26/2020 | $729.00 | | 06/23/2020 | $729.00 | |
| 07/23/2020 | $729.00 | | | | | | | |

**Total Receipts for the Period: $7,861.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,861.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $2,950.00 | $2,950.00 | $0.00 |
| 1 | DIAMOND FEDERAL CREDIT UNION  »» 001 | Unsecured Creditors | $526.07 | $0.00 | $526.07 |
| 2 | AMERICAN INFOSOURCE LP  »» 002 | Unsecured Creditors | $6,763.57 | $0.00 | $6,763.57 |
| 3 | ONE MAIN FINANCIAL  »» 003 | Unsecured Creditors | $4,156.85 | $0.00 | $4,156.85 |
| 4 | CHASE BANK USA NA  »» 004 | Unsecured Creditors | $338.32 | $0.00 | $338.32 |
| 5 | M&T BANK  »» 05U | Unsecured Creditors | $830.60 | $0.00 | $830.60 |
| 6 | M&T BANK  »» 05S | Secured Creditors | $5,965.20 | $601.54 | $5,363.66 |
| 7 | DISCOVER BANK  »» 006 | Unsecured Creditors | $5,833.82 | $0.00 | $5,833.82 |
| 8 | FAY SERVICING LLC  »» 007 | Mortgage Arrears | $15,951.95 | $1,608.59 | $14,343.36 |
| 9 | MARINER FINANCE LLC  »» 008 | Unsecured Creditors | $485.65 | $0.00 | $485.65 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT  »» 009 | Unsecured Creditors | $6,299.86 | $0.00 | $6,299.86 |
| 11 | BECKET & LEE, LLP  »» 010 | Unsecured Creditors | $546.52 | $0.00 | $546.52 |
| 12 | WELLS FARGO BANK NA  »» 011 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | WELLS FARGO BANK NA  »» 012 | Mortgage Arrears | $1,889.00 | $190.48 | $1,698.52 |
| 14 | ONE MAIN FINANCIAL  »» 013 | Secured Creditors | $11,105.04 | $1,119.82 | $9,985.22 |

**Chapter 13 Case No. 19-13877-PMM**

| | | | | | |
|---|---|---|---|---|---:|
| 15 | CITIBANK NA<br>»» 014 | Unsecured Creditors | $1,734.46 | $0.00 | $1,734.46 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $3,292.74 | $0.00 | $3,292.74 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $4,279.86 | $0.00 | $4,279.86 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $223.22 | $0.00 | $223.22 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $2,474.11 | $0.00 | $2,474.11 |
| 20 | TD BANK USA NA<br>»» 019 | Unsecured Creditors | $335.36 | $0.00 | $335.36 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $7,861.00 | Current Monthly Payment: | $729.00 |
| Paid to Claims: | $6,470.43 | Arrearages: | $0.00 |
| Paid to Trustee: | $734.47 | Total Plan Base: | $42,124.00 |
| Funds on Hand: | $656.10 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.