**THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Jeffrey P. Babb and | : | Chapter 13 |
|   Paula J. Babb, | : | |
|                  Debtors | : | Case No.: 19-13877-pmm |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtors, hereby certify that a true and correct copy of Debtors' Response to Movant's Motion for Relief from the Automatic Stay was forwarded to the following parties on May 11, 2021:

***via Electronic Filing (ECF):***

Mario J. Hanyon on behalf of Creditor Wells Fargo USA Holdings, Inc.
wbecf@brockandscott.com, wbecf@brockandscott.com

Rebecca Ann Solarz on behalf of Creditor US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust
bkgroup@kmllawgroup.com

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

ROSS, QUINN & PLOPPERT, P.C.

By:   */s/ Joseph Quinn*
      Joseph Quinn, Esquire
      Attorney I.D. No. 307467
      192 S. Hanover Street, Suite 101
      Pottstown, PA 19464
      JQuinn@rqplaw.com
      Counsel for Debtor

Date:  May 11, 2021