| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-13877-PMM

JEFFREY P. BABB  
PAULA J BABB  
211 UNION STREET  
DOUGLASSVILLE  PA     19518

Petition Filed Date: 06/17/2019  
341 Hearing Date: 08/20/2019  
Confirmation Date: 12/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2020 | $729.00 | | 02/25/2020 | $729.00 | | 03/23/2020 | $729.00 | |
| 04/23/2020 | $729.00 | | 05/26/2020 | $729.00 | | 06/23/2020 | $729.00 | |
| 07/23/2020 | $729.00 | | 08/24/2020 | $729.00 | | 09/23/2020 | $729.00 | |
| 10/23/2020 | $729.00 | | 11/23/2020 | $729.00 | | 12/28/2020 | $729.00 | |
| 01/26/2021 | $729.00 | | 02/23/2021 | $729.00 | | 03/23/2021 | $729.00 | |
| 04/23/2021 | $729.00 | | 05/24/2021 | $729.00 | | | | |

**Total Receipts for the Period:  $12,393.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $15,151.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $2,950.00 | $2,950.00 | $0.00 |
| 1 | DIAMOND FEDERAL CREDIT UNION »» 001 | Unsecured Creditors | $526.07 | $0.00 | $526.07 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $6,763.57 | $0.00 | $6,763.57 |
| 3 | ONE MAIN FINANCIAL »» 003 | Unsecured Creditors | $4,156.85 | $0.00 | $4,156.85 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $338.32 | $0.00 | $338.32 |
| 5 | M&T BANK »» 05U | Unsecured Creditors | $830.60 | $0.00 | $830.60 |
| 6 | M&T BANK »» 05S | Secured Creditors | $5,965.20 | $1,860.86 | $4,104.34 |
| 7 | DISCOVER BANK »» 006 | Unsecured Creditors | $5,833.82 | $0.00 | $5,833.82 |
| 8 | FAY SERVICING LLC »» 007 | Mortgage Arrears | $15,951.95 | $4,976.26 | $10,975.69 |
| 9 | MARINER FINANCE LLC »» 008 | Unsecured Creditors | $485.65 | $0.00 | $485.65 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 009 | Unsecured Creditors | $6,299.86 | $0.00 | $6,299.86 |
| 11 | BECKET & LEE, LLP »» 010 | Unsecured Creditors | $546.52 | $0.00 | $546.52 |
| 12 | WELLS FARGO BANK NA »» 011 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | WELLS FARGO BANK NA »» 012 | Mortgage Arrears | $1,889.00 | $589.27 | $1,299.73 |

**Chapter 13 Case No. 19-13877-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | ONE MAIN FINANCIAL<br>»» 013 | Secured Creditors | $11,105.04 | $3,464.24 | $7,640.80 |
| 15 | CITIBANK NA<br>»» 014 | Unsecured Creditors | $1,734.46 | $0.00 | $1,734.46 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $3,292.74 | $0.00 | $3,292.74 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $4,279.86 | $0.00 | $4,279.86 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $223.22 | $0.00 | $223.22 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $2,474.11 | $0.00 | $2,474.11 |
| 20 | TD BANK USA NA<br>»» 019 | Unsecured Creditors | $335.36 | $0.00 | $335.36 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,151.00 | Current Monthly Payment: | $729.00 |
| Paid to Claims: | $13,840.63 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,310.37 | Total Plan Base: | $42,124.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.