| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania (Reading) | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br><br>Jeffrey P. Babb<br>Paula J Babb | Case Number:<br><br>4:2019-bk-13877 | |
| Name of Creditor:<br>    Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>    Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | __ Check this box if you are changing the address that payments will go to. |
| 1.   Account Number: 0338  UCID: WFCHEQ1913877PAE71810338 | | __ Check this box if the account number has changed. |
| 2.   Court Claim Number: 11 | | |
| 3.   Signature:<br><br>Check the appropriate box.<br>    X   I am the creditor.<br>        I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>        I am the trustee, or the debtor.<br>        I am a guarantor, surety, endorser, or other codebtor.<br><br>  By:    /s/ Sharon Renee Harris                              Date:  01/20/2022<br>         VP Loan Documentation | | |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE:                               CASE NO.:     19-13877

**Jeffrey P. Babb**                      CHAPTER:     13

**Paula J Babb**

         Debtor(s).

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 20, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                       *By U.S. Postal Service First Class Mail Postage Prepaid:*

Jeffrey P. Babb
211 Union Street
Douglassville, PA 19518


*By U.S. Postal Service First Class Mail Postage Prepaid:*

Paula J Babb
211 Union Street
Douglassville, PA 19518


*Debtor's Attorney:*           *By CM / ECF Filing:*

JOSEPH L QUINN
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street
Suite 101
Pottstown, PA 19464


*Trustee:*                      *By CM / ECF Filing:*

*Trustee:*            SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)