| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-13877-PMM

JEFFREY P. BABB
PAULA J BABB
211 UNION STREET
DOUGLASSVILLE  PA    19518

Petition Filed Date: 06/17/2019
341 Hearing Date: 08/20/2019
Confirmation Date: 12/05/2019

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/23/2021 | $729.00 | | 05/24/2021 | $729.00 | | 06/23/2021 | $729.00 | |
| 07/26/2021 | $729.00 | | 08/23/2021 | $729.00 | | 09/23/2021 | $729.00 | |
| 10/25/2021 | $729.00 | | 11/23/2021 | $729.00 | | 12/23/2021 | $729.00 | |
| 01/25/2022 | $729.00 | | 02/24/2022 | $729.00 | | 03/23/2022 | $729.00 | |
| 04/25/2022 | $729.00 | | 05/23/2022 | $729.00 | | 06/24/2022 | $729.00 | |
| 07/25/2022 | $729.00 | | | | | | | |

**Total Receipts for the Period: $11,664.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $25,357.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $2,950.00 | $2,950.00 | $0.00 |
| 1 | DIAMOND FEDERAL CREDIT UNION<br>»» 001 | Unsecured Creditors | $526.07 | $0.00 | $526.07 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $6,763.57 | $0.00 | $6,763.57 |
| 3 | ONE MAIN FINANCIAL<br>»» 003 | Unsecured Creditors | $4,156.85 | $0.00 | $4,156.85 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $338.32 | $0.00 | $338.32 |
| 5 | M&T BANK<br>»» 05U | Unsecured Creditors | $830.60 | $0.00 | $830.60 |
| 6 | M&T BANK<br>»» 05S | Secured Creditors | $5,965.20 | $3,340.68 | $2,624.52 |
| 7 | DISCOVER BANK<br>»» 006 | Unsecured Creditors | $5,833.82 | $0.00 | $5,833.82 |
| 8 | FAY SERVICING LLC<br>»» 007 | Mortgage Arrears | $15,951.95 | $8,933.49 | $7,018.46 |
| 9 | MARINER FINANCE LLC<br>»» 008 | Unsecured Creditors | $485.65 | $0.00 | $485.65 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $6,299.86 | $0.00 | $6,299.86 |
| 11 | BECKET & LEE, LLP<br>»» 010 | Unsecured Creditors | $546.52 | $0.00 | $546.52 |
| 12 | WELLS FARGO BANK NA<br>»» 011 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | WELLS FARGO BANK NA<br>»» 012 | Mortgage Arrears | $1,889.00 | $1,057.88 | $831.12 |

**Chapter 13 Case No. 19-13877-PMM**

| 14 | ONE MAIN FINANCIAL »» 013 | Secured Creditors | $11,105.04 | $6,219.10 | $4,885.94 |
|----|---------------------------|-------------------|------------|-----------|-----------|
| 15 | CITIBANK NA »» 014 | Unsecured Creditors | $1,734.46 | $0.00 | $1,734.46 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $3,292.74 | $0.00 | $3,292.74 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $4,279.86 | $0.00 | $4,279.86 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $223.22 | $0.00 | $223.22 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $2,474.11 | $0.00 | $2,474.11 |
| 20 | TD BANK USA NA »» 019 | Unsecured Creditors | $335.36 | $0.00 | $335.36 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,357.00 | Current Monthly Payment: | $729.00 |
| Paid to Claims: | $22,501.15 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,185.17 | Total Plan Base: | $42,124.00 |
| Funds on Hand: | $670.68 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.