| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-13877-PMM**

JEFFREY P. BABB          Petition Filed Date: 06/17/2019
PAULA J BABB             341 Hearing Date: 08/20/2019
211 UNION STREET         Confirmation Date: 12/05/2019
DOUGLASSVILLE  PA   19518

Case Status: Completed on 6/25/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2023 | $729.00 | | 09/25/2023 | $729.00 | | 10/23/2023 | $729.00 | |
| 11/27/2023 | $729.00 | | 12/27/2023 | $729.00 | | 01/23/2024 | $729.00 | |
| 02/26/2024 | $729.00 | | 03/25/2024 | $729.00 | | 04/23/2024 | $729.00 | |
| 05/24/2024 | $729.00 | | 06/25/2024 | $729.00 | | 07/23/2024 | $729.00 | |

**Total Receipts for the Period: $8,748.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $42,853.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $2,950.00 | $2,950.00 | $0.00 |
| 1 | DIAMOND FEDERAL CREDIT UNION »» 001 | Unsecured Creditors | $526.07 | $0.00 | $526.07 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $6,763.57 | $0.00 | $6,763.57 |
| 3 | ONE MAIN FINANCIAL GROUP LLC »» 003 | Unsecured Creditors | $4,156.85 | $0.00 | $4,156.85 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $338.32 | $0.00 | $338.32 |
| 5 | M&T BANK »» 05U | Unsecured Creditors | $830.60 | $0.00 | $830.60 |
| 6 | M&T BANK »» 05S | Secured Creditors | $5,965.20 | $5,949.01 | $16.19 |
| 7 | DISCOVER BANK »» 006 | Unsecured Creditors | $5,833.82 | $0.00 | $5,833.82 |
| 8 | FAY SERVICING LLC »» 007 | Mortgage Arrears | $15,951.95 | $15,908.66 | $43.29 |
| 9 | MARINER FINANCE LLC »» 008 | Unsecured Creditors | $485.65 | $0.00 | $485.65 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 009 | Unsecured Creditors | $6,299.86 | $0.00 | $6,299.86 |
| 11 | CAPITAL ONE NA »» 010 | Unsecured Creditors | $546.52 | $0.00 | $546.52 |
| 12 | WELLS FARGO BANK NA »» 011 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | WELLS FARGO BANK NA »» 012 | Mortgage Arrears | $1,889.00 | $1,883.87 | $5.13 |
| 14 | ONE MAIN FINANCIAL GROUP LLC »» 013 | Secured Creditors | $11,071.71 | $11,071.12 | $0.59 |

**Chapter 13 Case No. 19-13877-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | CITIBANK NA<br>»» 014 | Unsecured Creditors | $1,734.46 | $0.00 | $1,734.46 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $3,292.74 | $0.00 | $3,292.74 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $4,279.86 | $0.00 | $4,279.86 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $223.22 | $0.00 | $223.22 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $2,474.11 | $0.00 | $2,474.11 |
| 20 | TD BANK USA NA<br>»» 019 | Unsecured Creditors | $335.36 | $0.00 | $335.36 |
| 21 | AMERIFINANCIAL SOLUTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | APEX ASSET | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | ARCADIA RECOVERY BUREAU | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | COMENITY BANK/WOMAN WITHIN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | COMENITY/BOSCOVS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | CREDIT COLLECTION SERVICE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | CREDIT ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | LEHIGH VALLEY ANESTHESIA SERVICE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | LEHIGH VALLEY HOSPITAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | NATIONAL RECOVERY AGENCY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | NORTH AMERICAN PARTNERS IN ANESTHESIA PA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | POTTSTOWN HOSPITAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $42,853.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $37,762.66 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,774.36 | Total Plan Base: | $42,124.00 |
| Funds on Hand: | $1,315.98 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.