United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jeffrey P. Babb  
Paula J Babb  
    Debtors

Case No. 19-13877-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 4  
Date Rcvd: Sep 24, 2024     Form ID: 138OBJ     Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey P. Babb, Paula J Babb, 211 Union Street, Douglassville, PA 19518-9794 |
| 14343140 | + | Amerifinancial Solutio, Po Box 7, Vassar, MI 48768-0007 |
| 14343142 | + | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14343154 | + | Lehigh Valley Anesthesia Services, 1245 S. Cedar Crest Boulevard, Suite 301, Allentown, PA 18103-6258 |
| 14343155 | | Lehigh Valley Hospital, P.O. Box 781733, Philadelphia, PA 19178-1733 |
| 14343162 | + | Pottstown Hospital, 1600 E High Street, Pottstown, PA 19464-5093 |
| 14415290 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14512624 | + | US Bank Trust National Association,, As Owner Trustee For VRMTG Asset Trust, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14343168 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Bank, N.A., 8480 Stagecoach Circle, Frederick, MD 21701 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 24 2024 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 24 2024 23:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14343141 | ^ | MEBN | Sep 24 2024 23:54:24 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 14343143 | ^ | MEBN | Sep 24 2024 23:54:39 | Arcadia Recovery Bureau, PO Box 6768, Reading, PA 19610-0768 |
| 14343144 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2024 00:08:30 | Best Buy/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14351687 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 25 2024 00:08:08 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14343145 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2024 00:08:07 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14371781 | | Email/PDF: bncnotices@becket-lee.com | Sep 25 2024 00:08:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14378087 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2024 00:08:29 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14343146 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2024 23:58:00 | Comenity Bank/womnwthn, Po Box 182789, Columbus, OH 43218-2789 |
| 14343147 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2024 23:58:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14343148 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 24 2024 23:59:00 | Credit Collection Svcs, Po Box 9134, Needham, MA 02494-9134 |
| 14343149 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 25 2024 00:08:07 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14343150 | | Email/Text: bankruptcy@diamondcu.com | Sep 24 2024 23:58:00 | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464 |
| 14360860 | | Email/Text: mrdiscen@discover.com | Sep 24 2024 23:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14343151 | + | Email/Text: mrdiscen@discover.com | Sep 24 2024 23:58:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14343152 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 25 2024 00:08:48 | Jpmcb Card, Po Box 15298, Wilmington, DE 19850 |
| 14355276 | + | Email/Text: RASEBN@raslg.com | Sep 24 2024 23:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14343153 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 24 2024 23:58:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14343156 | | Email/Text: camanagement@mtb.com | Sep 24 2024 23:58:00 | M&T Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 14358300 | + | Email/Text: camanagement@mtb.com | Sep 24 2024 23:58:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 14343157 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 24 2024 23:58:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14343158 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 24 2024 23:59:00 | Midland Funding, 350 Camino De La Reina S, San Diego, CA 92108-3007 |
| 14365273 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 24 2024 23:59:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14343159 | + | Email/Text: Bankruptcies@nragroup.com | Sep 24 2024 23:59:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14343161 | + | Email/PDF: cbp@omf.com | Sep 25 2024 00:08:42 | OneMain, Po Box 1010, Evansville, IN 47706-1010 |
| 14355198 | + | Email/PDF: cbp@omf.com | Sep 25 2024 00:08:01 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 14378195 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2024 00:08:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14343163 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2024 00:08:28 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14343164 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2024 00:08:04 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14343165 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2024 00:08:01 | Syncb/walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14343504 | ^ | MEBN | Sep 24 2024 23:54:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14379611 | + | Email/Text: bncmail@w-legal.com | Sep 24 2024 23:59:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

Case 19-13877-pmm   Doc 72   Filed 09/26/24   Entered 09/27/24 00:36:26   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 24, 2024 | Form ID: 138OBJ | Total Noticed: 47 |

| 14343166 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Sep 24 2024 23:58:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14482878 | ^ | MEBN | | |
| | | | Sep 24 2024 23:54:25 | US Bank Trust National Association, Not In Its Ind, PO Box 814609, Dallas, TX 75381-4609 |
| 14343167 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Sep 25 2024 00:08:29 | Wells Fargo Bank N.A., P O Box 31557, Billings, MT 59107-1557 |
| 14374009 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Sep 25 2024 00:08:43 | Wells Fargo Bank, N.A., MAC N9286-01Y, P. O. Box 1629, Minneapolis, MN 55440-1629 |
| 14361475 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Sep 25 2024 00:08:48 | Wells Fargo USA Holdings, Inc., c/o Wells Fargo Bank, N.A., as Servicer, Default Document Processing, 1000 Blue Gentian Road, MAC#N9286-01Y, Eagan MN 55121-1663 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14361543 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14343160 | ## | North American Partners in Anesthesia PA, PO Box 275, Glen Head, NY 11545-0275 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2024           Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2024 at the address(es) listed below:

**Name**           **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com

JEROME B. BLANK
    on behalf of Creditor Wells Fargo USA Holdings  Inc. jblank@pincuslaw.com, mmorris@pincuslaw.com

JOSEPH L QUINN
    on behalf of Joint Debtor Paula J Babb CourtNotices@rqplaw.com

JOSEPH L QUINN
    on behalf of Debtor Jeffrey P. Babb CourtNotices@rqplaw.com

MARIO J. HANYON
    on behalf of Creditor Wells Fargo USA Holdings  Inc. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

District/off: 0313-4 User: admin Page 4 of 4
Date Rcvd: Sep 24, 2024 Form ID: 138OBJ Total Noticed: 47

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*Form 138OBJ* (6/24)−doc 71 − 70

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Jeffrey P. Babb<br><br>   Paula J Babb<br>   fka Paula J Auman<br>   Debtor(s). | Case No. 19−13877−pmm<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 24, 2024

For The Court

Timothy B. McGrath
Clerk of Court